THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LILLIE PARKER**                                                       **PLAINTIFF**

**v.**                                            **CIVIL CASE NO. 3:18-CV-46-RP**

**COMMISSIONER OF SOCIAL SECURITY**                     **DEFENDANT**

## **JUDGMENT**

This cause is before the Court on the Plaintiff's complaint pursuant to 42 U.S.C. § 405(g) for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding an application for disability insurance benefits and a period of disability. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced by the Court on the record at the conclusion of the parties' oral argument during a hearing held in this matter today, the Court finds the Commissioner's decision is not supported by substantial evidence. This case is remanded to the Social Security Administration to reassess plaintiff's RFC and, in so doing, to receive and consider the May 3, 2017 Physician Source Statement of Dr. Dennis D. McCoy; and then to make Step 4 and Step 5 determinations. In the absence of a completely favorable decision, the ALJ is instructed to consider whether plaintiff is entitled to a closed period of disability.

This, the 24th day of October, 2018.

                                          /s/ Roy Percy
                                      UNITED STATES MAGISTRATE JUDGE